UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-051-E

No. 25-2346

NOVARTIS AG; NOVARTIS PHARMACEUTICALS CORP.,
Appellants

v.

NOVADOZ PHARMACEUTICALS LLC; MSN PHARMACEUTICALS INC.;
MSN LABORATORIES PRIVATE LTD

(D.N.J. No. 2:25-cv-00849)

Present: FREEMAN and AMBRO, Circuit Judges

1. Expedited Motion filed by Appellants Novartis AG and Novartis Pharmaceuticals Corp for Immediate Administrative Injunction and Injunction Pending Appeal;

2. Defendants-Appellees' Opposition to Motion for Immediate Administrative Injunction and Injunction Pending Appeal.

                   Respectfully,
                   Clerk/SB/jk

_____ORDER_____

The foregoing motion is denied.

                   By the Court,

                   s/ Arianna J. Freeman
                   Circuit Judge

Dated: July 21, 2025
Sb/cc: All Counsel of Record