No. 25-2346

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

NOVARTIS AG; NOVARTIS PHARMACEUTICALS CORP.,

*Plaintiffs-Appellants*,

v.

NOVADOZ PHARMACEUTICALS LLC; MSN PHARMACEUTICALS INC.; MSN LABORATORIES PRIVATE LIMITED,

*Defendants-Appellees*.

Appeal from the U.S. District Court for the District of New Jersey,
No. 2:25-cv-00849, Hon. Evelyn Padin

## JOINT STIPULATION OF DISMISSAL

The parties jointly stipulate to dismissal of the above-captioned appeal under Federal Rule of Appellate Procedure 42(b)(1). The parties agree to each bear their own costs; no fees are due.

| | |
|---|---|
| Dated: September 30, 2025 | Respectfully submitted, |
| /s/ Adam G. Unikowsky | /s/ Deanne E. Maynard |
| (with permission) | DEANNE E. MAYNARD |
| ADAM G. UNIKOWSKY | SETH W. LLOYD |
| JENNER & BLOCK LLP | MORRISON & FOERSTER LLP |
| 1099 New York Ave. NW, Suite 900 | 2100 L Street NW, Suite 900 |
| Washington, DC 20001 | Washington, DC 20037 |
| (202) 639-6000 | (202) 887-8740 |
| aunikowsky@jenner.com | DMaynard@mofo.com |
| | |
| GIANNI P. SERVODIDIO | MEGAN K. BANNIGAN |
| RÉMI JAFFRÉ | KATHRYN C. SABA |
| JENNER & BLOCK LLP | DEBEVOISE & PLIMPTON LLP |
| 1155 Avenue of the Americas | 66 Hudson Boulevard |
| New York, NY | New York, NY 10001 |
| | |
| REBEKAH CONROY | ZACH ZHENHE TAN |
| STONE CONROY LLC | MORRISON & FOERSTER LLP |
| 25A Hanover Road, Suite 301 | 425 Market Street |
| Florham Park, NJ 07932 | San Francisco, CA 94105 |
| | |
| *Counsel for Defendants-Appellees* | *Counsel for Plaintiffs-Appellants* |

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system on September 30, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated:  September 30, 2025　　　　　　　　　/s/ Deanne E. Maynard
　　　　　　　　　　　　　　　　　　　　　　Deanne E. Maynard

MF-363022933