# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2346

Novartis AG, et al v. Novadoz Pharmaceuticals LLC, et al

(U.S. District Court No.: 2:25-cv-00849)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 30, 2025
SB/cc: Remi Jaffre, Esq.
Seth W. Lloyd, Esq.
Deanne E. Maynard, Esq.
Melissa E. Rhoads,
Gianni P. Servodidio, Esq.
Zach Z. Tan, Esq.
Adam G. Unikowsky, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate